SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson | ) Case No. **2:12-cv-01158-JAM-AC** |
| Plaintiff; | ) **ORDER RE: STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) |
| Paul C. Norman, | ) |
| Defendants | ) |

IT IS SO ORDERED that the above-entitled action be and is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. Rule 41(a)(1).

Date:  10/18/2013

/s/ John A. Mendez_____
Judge of the United States District Court

[PROPOSED] ORDER RE STIPULATION FOR DISMISSAL

CIV: S-12-01158-JAM-AC- 1